IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>GARVIS W. YOUNGBLOOD and<br>LOIS W. YOUNGBLOOD,<br><br>Defendants | NO. 5: 05-CR-32<br><br>**VIOLATIONS:** Fraud Related |

## O R D E R

The undersigned this day conducted a hearing in the above-styled proceeding on the motion of the United States seeking revocation of the Orders of Pretrial Release entered herein on July 5, 2005, as to defendants GARVIS W. YOUNGBLOOD and LOIS W. YOUNGBLOOD.  The court heard the testimony of Special Agent Tom Brancaccio of the Inspector General's Office of the Social Security Administration, as well as legal argument from Special Assistant U. S. Attorney Susan R. Redmond and counsel for the defendants, Morris S. Robertson of Dublin, Georgia.

Upon consideration of the evidence and argument presented, I find no legal or factual basis to support the government's motion.  Accordingly, for the reasons stated in open court, the motions of the United States (Tabs #35 and #36) seeking revocation of the Orders of Pretrial Release heretofore entered are **DENIED**.  The defendants are ordered released from custody FORTHWITH, subject to the conditions of release heretofore imposed upon them.

SO ORDERED AND DIRECTED, this 8th  day of FEBRUARY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE